# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

SARAH COOK,                              *
                                         *
    Plaintiff,                   *
                                         *
       v.                     *
                                         *          CV 125-159
SCIENCE APPLICATIONS                     *
INTERNATIONAL CORPORATION and            *
JARROD GACK,                             *
                                         *
    Defendants.                  *
                                         *

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice (Doc. 61). All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this _9th_ day of March, 2026.

                                         _____
                                         HONORABLE J. RANDAL HALL
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF GEORGIA